1  **KRIS J. KRAUS**
California Bar No. 233699
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California  92101-5008
Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
Kris_Kraus@fd.org
5

6  Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE PETER C. LEWIS)**

11  UNITED STATES OF AMERICA,       ) Case No.  07MJ8982
                                    )
12        Plaintiff,                )
                                    )
13  v.                              ) **NOTICE OF ATTORNEY APPEARANCE**
                                    )
14  OLGA LYDIA CORONA-SANCHEZ,      )
                                    )
15        Defendant.                )
                                    )
16  _____)

17        Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Kris

18  J. Kraus and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the

19  above-captioned case.

20                                  Respectfully submitted,

21

22  Dated:  December 19, 2007        /s/ Kris J. Kraus
                                    **KRIS J. KRAUS**
23                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Defendant
24                                  Kris_Kraus@fd.org

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED:  December 19, 2007            */s/ Kris J. Kraus*
                                                                **KRIS J. KRAUS**
                                                                Federal Defenders of San Diego, Inc.
                                                                Kris_Kraus@fd.org