# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
        Plaintiff  )
              )
            )
    vs.  )
              )
OLGA LYDIA CORONA -SANCHEZ )
        Defendant(s)  )
——————————————— )

CRIMINAL NO. 07mj8982

ORDER

RELEASING MATERIAL WITNESS

Booking No.

**Leo S. Papas**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

LUCIANO PEREZ - GARCIA

DATED: 12/26/07

**Leo S. Papas**

————————————————————
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ———————————
        **DUSM**

**OR**

W. SAMUEL HAMRICK, JR.   Clerk

by

**Deputy Clerk**

☆ U.S. GPO: 2003-561-774/70082