AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



FILED
DEC 2 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES OF AMERICA

v.

OLGA LYDIA CORONA-SANCHEZ

WAIVER OF INDICTMENT

CASE NUMBER: 07CR3453-W

I, OLGA LYDIA CORONA-SANCHEZ, the above-named defendant, who is accused of committing the following offenses:

Inducing and Encouraging Illegal Aliens to Enter and Aiding and Abetting, on or about December 12, 2007, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on  12/27/07  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

Olga Lidia Corona S.
Defense Counsel for

Before _____
Judicial Officer