UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 07CR3453-W  07mj8792 |
| Plaintiff | ) | |
| vs. | ) | ORDER |
| Olga Lydia Cirena-Sanchez | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge,   LEO S. PAPAS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

LUCIANO PEREZ-GARCIA

DATED: 12/27/07

LEO S. PAPAS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
         DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by J. Cadwell
   Deputy Clerk
   J. Jarnek