1  KAREN P. HEWITT
   United States Attorney
2  CARLOS O. CANTU
   Assistant United States Attorney
3  Government Attorney
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-57566
   Facsimile:  (619) 235-2757
6  Email: carlos.cantu@usdoj.gov

7  Attorneys for Plaintiff
   United States of America

8

9

10                      UNITED STATES DISTRICT COURT

11                    SOUTHERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,        )   Case No. 07 CR 3453 W
                                     )
13                      Plaintiff,   )
                                     )
14                                   )   **NOTICE OF APPEARANCE**
             v.                      )
15                                   )
    OLGA LYDIA CORONA-SANCHEZ,       )
16                                   )
                                     )
17                      Defendant.   )
                                     )
18  ─────────────────────────────── )

19

20  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

21       I, the undersigned attorney, enter my appearance as counsel for the United States in the above-

22  captioned case.  I certify that I am admitted to practice in this court or authorized to practice under

23  CivLR 83.3.c.3-4.

24       The following government attorneys (who are admitted to practice in this court or authorized

25  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

26  counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

27  activity in this case:

28

<u>Name</u>

Carlos O. Cantu

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

Lauren Barefoot.

Please call me at the above-listed number if you have any questions about this notice.

DATED: February 27, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Carlos O. Cantu*

Carlos O. Cantu
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07 CR 3453-W |
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| OLGA LYDIA CORONA-SANCHEZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Carlos O. Cantu, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated February 27, 2008, and this Certificate of Service, dated February 27, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Kris J. Kraus**

**kris_kraus@fd.org**

*Attorney for defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2008.

/s/ *Carlos O. Cantu*

Carlos O. Cantu
Special Assistant United States Attorney

Notice of Appearance
United States v. Olga Lydia Corona Sanchez   3                                    07cr3453W